FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUNDRIA ROBERTS,<br><br>            Plaintiff,<br><br>  v.<br><br>VITALANT CORPORATION, a foreign nonprofit corporation of Arizona state,<br><br>            Defendant. | NO: 2:20-CV-229-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal, ECF No. 16. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 16**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

3  **close this case**.

4  **DATED** April 7, 2021.

 

 _s/ Rosanna Malouf Peterson_
 ROSANNA MALOUF PETERSON
 United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2